# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA,
# WESTERN DIVISION

| | |
|---|---|
| IRINA BAGHDISHYAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. CV 21-4160-DMG (SPx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [19]** |

　　Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed in its entirety, with prejudice. The parties shall bear their own respective attorneys' fees and costs.

IT IS SO ORDERED.

DATED: February 25, 2022

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE